**Appeal Ordered Withdrawn and Opinion issued November 16, 1999**

88/6146



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-99-01632-CR
No. 05-99-01633-CR

**MORRIS WAYNE PRICE, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the 195th District Court**
**Dallas County, Texas**
**Trial Court Cause No. F94-35504-N & F92-04612-N**

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-99-01633-CR    Date Filed: 09/29/1999

Style:  Price, Morris Wayne
        v.
        The State of Texas

Trial Judge:
Trial Court Reporter:
Trial Court:          195TH DISTRICT COURT  Trial County:  DALLAS

---

APP   Bill Ashe
      ATT 001373600
      8111 Preston Road
      Suite 600
      Dallas, Tx 75225
      Phone  /  -
      Fax  /  -

STA   William T. (Bill) Hill, Jr.
      ATT 009669000
      ATTN:  APPELLATE SECTION
      Frank Crowley Courts Bldg., 10th FL
      133 N. Industrial Blvd. LB 19
      Dallas, TX 75207
      Phone 214/653-3845
      Fax